# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1208
Lower Tribunal No. 19-127-A-P
_____

## Anthony Keller,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Luis Garcia, Judge.

Anthony Keller, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.